```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03410
  LASWANDA H SOMMERIO
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5455
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/27/07 and confirmed on 04/27/07.

2. The case was converted to Chapter 7 after confirmation, 10/12/2007.

3. The Debtor paid a total of $ 2955.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL FINANCE CORPO | SECURED | 600.00 | 2.19 | 117.81 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 16500.00 | 600.33 | 1154.87 |
| AMERCAN STUDENT ASSIS GU | UNSECURED | .00 | .00 | .00 |
| AMERICAN AIRLINES CU | UNSECURED | 524.06 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 585.68 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | 312.53 | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1461.25 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2092.88 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 369.50 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 320.38 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 417.01 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 219.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 285.29 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 369.33 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 324.82 | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 208.10 | .00 | .00 |
| SPRINT PCS CUSTOMERS CAR | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 541.21 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| VON MAUR | UNSECURED | 299.18 | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 252.00 | .00 | .00 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 606.50 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 147.09 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 296.87 | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | 2021.99 | .00 | .00 |

```
GE MONEY BANK              UNSECURED          151.65             .00             .00
      Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17100.00        .00    11806.96          .00       28906.96
PRINCIPAL PAID       1272.68        .00         .00          .00        1272.68
INTEREST PAID         602.52        .00         .00          .00         602.52
TOTAL PAID           1875.20        .00         .00          .00        1875.20
```

The Debtor's attorney, SARAH L POEPPEL                 , was allowed $   2000.00
and was paid $     984.94 .

The Trustee received $      94.86 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/14/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE